B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Arizona

In re **Aaron G Jarrett**  
Debtor(s)

Case No. **2:24-bk-06827**  
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S) - AMENDED

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,167.00** |
   | Prior to the filing of this statement I have received | $ **0.00** |
   | Balance Due | $ **2,167.00** |

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 16, 2025**  
*Date*

**/s/ David H. Cutler**  
**David H. Cutler 036107**  
*Signature of Attorney*  
**Phoenix Fresh Start Bankruptcy**  
**4131 Main Street**  
**Skokie, IL 60076**  
**602-456-1813   Fax: 847-673-8636**  
**documents2@phxfreshstart.com**  
*Name of law firm*

# PHOENIX FRESH START BANKRUPTCY
ATTORNEYS AT LAW
4602 E Thomas Road, Suite S-9
Phoenix Arizona 85018
602-598-5075,

## Post- Petition Chapter 7 Retainer Agreement

**DO NOT SIGN THIS AGREEMENT UNLESS YOU ALREADY HAVE
A BANKRUPTCY CASE NUMBER.**

The undersigned previously retained Phoenix Fresh Start Bankruptcy, for the limited purpose of filing a Chapter 7 Bankruptcy Petition, Case Number 24-bk-06827. I understand that Phoenix Fresh Start Bankruptcy has no further obligation to me nor do I have any further obligations to it.

I understand that I am under no obligation to sign this Agreement or pay any additional fees to Phoenix Fresh Start Bankruptcy. The agreed fee set forth in this Agreement is separate and distinct from the fee for work already performed by Phoenix Fresh Start Bankruptcy which consisted of filing my petition.

I further understand that there is additional work which needs to be done in order for me to avoid dismissal of my case and in order for me to meet the requirements for obtaining a discharge. Additional work required consists of meeting with my attorney, filing required documents with the court, providing copies of documents to my trustee, attending my 341 meeting of creditors, and completing reaffirmation agreements when requested, case monitoring and case administration.

My execution of this agreement confirms that I wish to retain Phoenix Fresh Start Bankruptcy to complete the additional work and I agree to pay legal fees totaling $2,167 for said services, payable as follows:

| | |
|---|---|
| $197 on before 09/27/25 ; | $197 on before 03/27/26 ; |
| $197 on before 10/26/25 ; | $197 on before 04/27/26 ; |
| $197 on before 11/27/25 ; | $197 on before 05/27/26 ; |
| $197 on before 12/27/25 ; | $197 on before 06/27/26 ; |
| $197 on before 01/27/26 ; | $197 on before 07/27/26 ; |
| $197 on before 02/27/26 ; | |

Please complete the attached form so we may set up the recurring payment schedule.

By signing this Agreement, I understand that the fees only include legal services state above. I also understand that this fee DOES NOT INCLUDE any representation in any adversary proceeding filed against me, representing my interests at a 2004 examination or any state court proceedings.

I acknowledge that I am signing this agreement to pay said fees in consideration for receiving legal representation from Phoenix Fresh Start Bankruptcy and that the undersigned understands that if any of the said fees owed on the pre-petition retainer agreement have not been paid at the time said Bankruptcy case was filed, that these unpaid fees are now uncollectible and will be discharged upon the successful completion of said Bankruptcy Case. The undersigned acknowledges that the fees agreed to in this Post-Petition Agreement are considered post-petition fees for post- petition services and therefore they are not dischargeable in said Chapter 7 bankruptcy case.

*David Cutler*
Phoenix Fresh Start Bankruptcy
A Debt Relief Agency

AGREED TO:

*Aaron Jarrett*
_____
Aaron jarreyt

1

Doc ID: c9d6b294ba7459add92c08d6686648a12b4371e0



| | | |
|---|---|---|
| **Title** | | Post- Petition Chapter 7 Retainer Agreement-JARRETT |
| **File name** | | Post Filing Agreement, Revised.docx |
| **Document ID** | | c9d6b294ba7459add92c08d6686648a12b4371e0 |
| **Audit trail date format** | | MM / DD / YYYY |
| **Status** | | ● Signed |

## Document History

| | | |
|---|---|---|
| SENT | **09 / 10 / 2025**<br>16:00:49 UTC-4 | Sent for signature to AARON G JARRETT (skyyburner@gmail.com)<br>from david@cutlerltd.com<br>IP: 207.229.136.72 |
| VIEWED | **09 / 10 / 2025**<br>17:09:40 UTC-4 | Viewed by AARON G JARRETT (skyyburner@gmail.com)<br>IP: 172.59.202.157 |
| SIGNED | **09 / 10 / 2025**<br>17:13:26 UTC-4 | Signed by AARON G JARRETT (skyyburner@gmail.com)<br>IP: 172.59.202.157 |
| COMPLETED | **09 / 10 / 2025**<br>17:13:26 UTC-4 | The document has been completed. |

Powered by Dropbox Sign